# UNITED STATES DISTRICT COURT

**Southern District of California**

Office Of The Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557−5600
Fax: (619) 702−9900

John Morrill,
Clerk of Court

June 24, 2015

Clerk, U.S. District Court
District of California, Northern

Re: Jessica N. Bennett v. Lenovo (United States), Inc., et al., Case No. 3:15−cv−00368−CAB−RBB

Dear Sir or Madam:

Pursuant to Order transferring the above−entitled action to your District, we are electronically transmitting herewith our entire original file.

        Sincerely yours,

        John Morrill,
        Clerk of the Court

        By: s/ K. Sellars, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants: